**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS GARRETT,

          Plaintiff,

   vs.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

          Defendant.

Civil Action No.   2:23-cv-1035

**COMPLAINT**

AND NOW, comes the Plaintiff, THOMAS GARRETT, by and through his attorney, Brian Patrick Bronson, Esquire, and the Quatrini Law Group, P.C., and files this Complaint in Civil Action in the Federal District Court for the Western District of Pennsylvania, stating as follows:

**INTRODUCTION**

**NATURE OF THIS ACTION**

1.      This action is filed pursuant to the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereinafter referred to as "ERISA") and the Declaratory Judgment Act, 28 U.S.C. §§2201, 2202.   Mr. Garrett (hereinafter "Plaintiff") is a participant in an employee welfare benefit plan (hereinafter referred to as "The Plan") which is administered pursuant to an insurance policy issued by Unum Life Insurance Company of America.  The Plan is governed by ERISA.  Plaintiff is a beneficiary under the Plan. This Complaint challenges the Plan's unlawful practice of failing to provide Plaintiff

with the timely payment of Long Term Disability benefits under the Plan. Specifically, Plaintiff is filing this action to enforce his rights under the Plan and for attorney fees, interest and costs as provided by ERISA.

## JURISDICTION AND VENUE

2.     This Court has Original Jurisdiction to hear this Complaint and to adjudicate the claims herein pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132.

3.     Venue is proper in this Court, as the Plan was administered in the Western District of Pennsylvania.

## PARTIES

4.     The Plaintiff, Thomas Garrett, resides at 96 Watertower Road, P.O. Box 225, Black Lick, PA 15716, Indiana County.

5.     The Defendant, Unum Life Insurance Company of America, is the Claims Administrator of Long Term Disability claims and is located at 2211 Congress Street, Portland, ME 04122.

6.     Defendant administered employee benefits, mainly Long Term Disability benefits, under the Plan in accordance with the insurance policy issued to the Plan by the Claims Administrator.

## STATEMENT OF FACTS

7.     The Plaintiff, Mr. Thomas Garrett, last worked for DHL Express as a ACS Manager on or about August 30, 2021, wherein he stopped working due to diagnoses,

symptoms, and functional limitations of Clinical Depression; Bipolar; Hypertension; PTSD; Anxiety; Paranoia; Mania; and Eating Disorder.

8.    By letter dated April 26, 2022, Defendant denied Plaintiff's claim for Long Term Disability benefits.

9.    Plaintiff, by and through his attorney, Brian Patrick Bronson, Esquire filed a timely and responsive appeal by letter dated October 20, 2022, and supplemented the appeal with additional evidence by letters dated January 16, 2023, and February 17, 2023.

10.    By letter dated March 17, 2023, Defendant upheld their decision to deny Plaintiff's claim for Long Term Disability benefits.

## CAUSE OF ACTION

### Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq.

11.    Paragraphs 1 through 10 are incorporated herein as if set forth at length.

12.    Plaintiff has exhausted all administrative remedies and mandatory appeals as required by the Plan and ERISA 29 U.S.C. §1001 et seq.

13.    At all times relevant to this action, the Plaintiff has been unable to perform the material duties of his own occupation and any gainful occupation due to diagnoses, symptoms, and functional limitations of Clinical Depression; Bipolar; Hypertension; PTSD; Anxiety; Paranoia; Mania; and Eating Disorder.

14.    The Defendant's actions in denying Plaintiff benefits under the Plan constitutes a violation of 29 U.S.C. § 1132(3)(B)(ii) .

15.    The Defendant ignored pertinent medical evidence and failed to evaluate all of the evidence of record including the medical of Plaintiff's treating physicians.

- 4 -

16.     The Defendant did not conduct a full and fair review of the claim as required by ERISA.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully prays that the Court issue an Order:

(1)     Awarding, declaring or otherwise providing Plaintiff all relief to which Plaintiff is entitled under ERISA Section 502 Paragraph (a) 29 U.S.C. Section 1132(a);

(2)     Awarding pre and post judgment interests;

(3)     Awarding Plaintiff the costs of this action and reasonable attorneys fees;

(4)     Awarding such other relief as may be just and reasonable.

/s/ Brian Patrick Bronson, Esquire
Brian Patrick Bronson, Esquire (Pa #89035)
Quatrini Law Group, P.C.
550 East Pittsburgh Street
Greensburg, PA  15601
Phone:  (724) 837-0080
Fax:  (724) 837-1348
E-mail:  bbronson@qrlegal.com

Dated:   July 19, 2023